IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

PACIFIC ETHANOL HOLDING CO. LLC,
et al.,

             Debtors.

---

PACIFIC ETHANOL HOLDING CO. LLC,
PACIFIC ETHANOL MADERA LLC,
PACIFIC ETHANOL COLUMBIA, LLC,
PACIFIC ETHANOL STOCKTON LLC, and
PACIFIC ETHANOL MAGIC VALLEY, LLC,

             Plaintiffs,

  -against-

Delta-T Corporation,

             Defendant.

---

Case No. 09-11713 (KG)

Chapter 11

Jointly Administered

Adv. Pro. No. 09-51451-KG

Re: D.I. 5

## ORDER GRANTING DEBTORS' MOTION TO MODIFY REQUIREMENTS OF LOCAL RULES 7007-1, 7007-3 and 7007-4 RELATED TO DEBTORS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Upon consideration of the Debtors' Motion to Modify the Procedures as set forth in Local Rules 7007-1, 7007-3 and 7007-4 (the "Motion to Modify") and all responses, if any thereto, the Court finding that due and adequate notice having been given and that just cause exists for the relief requested therein, it is HEREBY ORDERED THAT

1. The Motion is GRANTED.

2. Terms not otherwise defined herein are as defined in the Motion to Modify.

3. The following procedures shall govern the briefing and hearing on the Motion:

    a. Delta-T shall file a response brief and accompanying affidavit(s), if any, on or before July 31, 2009 by 12:00 p.m.;

b.  The Debtors shall submit hearing binders to the Court including copies of the Motion with accompanying documents and copies of Delta-T's responsive brief with accompanying documents on July 31, 2009 by 4:00 p.m.;

b.  The Debtors shall submit a reply brief and accompanying documents, if any, on or before August 3, 2009 at 11:00 a.m. with copies to the Court and Delta-T; and

c.  The Court will hold a hearing on the relief requested in the Motion on August 4, 2009 at 11:00 a.m.

4.  This Court retains jurisdiction to interpret and enforce the provisions of this Order.

Dated: July 22, 2009

The Honorable Kevin Gross
United States Bankruptcy Judge