IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PACIFIC ETHANOL HOLDING CO. LLC, et al.,<br><br>Debtors. | Case No. 09-11713 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| PACIFIC ETHANOL HOLDING CO. LLC,<br>PACIFIC ETHANOL MADERA LLC,<br>PACIFIC ETHANOL COLUMBIA, LLC,<br>PACIFIC ETHANOL STOCKTON LLC, and<br>PACIFIC ETHANOL MAGIC VALLEY, LLC,<br><br>Plaintiffs,<br>-against-<br><br>Delta-T Corporation,<br><br>Defendant. | Adv. Pro. No. 09-51451-KG<br><br>Re: Docket Nos. 4 and 16 |

## AMENDED ORDER GRANTING THE DEBTORS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Debtors having moved this Court (the "Motion") (Adv. Pro. No. 09-51451-KG, Docket No. 4) for entry of a preliminary injunction pursuant to chapter 11, title 11 of the United States Code, 11 U.S.C. §§ 362(a) and or 105(a) (the "Bankruptcy Code") staying certain litigations against the above-captioned debtors and debtors in possession (collectively, the "Debtors") and/or their parent, Pacific Ethanol, Inc. ("PEI") brought by defendant Delta-T Corporation ("Delta-T"); and Delta-T having opposed the Motion (Adv. Pro. No. 09-51451-KG, Docket No. 9); and the Debtors having replied to Delta-T's opposition (Adv. Pro. No. 09-51451-KG, Docket No. 11); and it appearing that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion be, and it hereby is, granted as limited below; and it is further

ORDERED that the proceeding styled "*Delta-T Corporation v. Pacific Ethanol, Incorporated*" in the United States District Court for the Eastern District of Virginia, Case No. 3:09CV388 (JRS), is stayed and enjoined pursuant to §§ 362(a) and 105(a) of the Bankruptcy Code pending further order of this Court to September 21, 2009; and it is further

ORDERED that the American Arbitration Association arbitration demanded by Delta-T Corporation on January 22, 2009, Case No. 72 158 Y 00097 09, is stayed and enjoined pursuant to §§ 362(a) and 105(a) of the Bankruptcy Code pending further order of this Court to September 21, 2009; and it is further

ORDERED that the third-party complaint against PEI and its subsidiary, Pacific Ethanol Imperial, LLC ("PE Imperial"), in the United States District Court for the District of Minnesota, Case No. 08-CV-6284 JMR-FLN, is stayed and enjoined pursuant to § 105(a) of the Bankruptcy Code pending further order of this Court to September 21, 2009; and it is further

ORDERED that the cross-complaint against PEI and PE Imperial in the Superior Court of the State of California in and for the County of Imperial, Case No. ECU04388, is stayed and enjoined pursuant to § 105(a) of the Bankruptcy Code pending further order of this Court to September 21, 2009; and it is further

ORDERED that the cross-complaint against PEI and PE Imperial in the Superior Court of the State of California in and for the County of Imperial, Case No. ECU05023 is stayed and enjoined pursuant to § 105(a) of the Bankruptcy Code pending further order of this Court to September 21, 2009; and it is further

ORDERED that Debtors, PEI and Delta-T (the "Parties") shall complete mediation by September 20, 2009 for the purpose of settling all disputes between the parties

including but not limited to, liquidating claims by Delta-T against PEI, and the Debtors (the "Mediation"); and it is further

ORDERED that the Parties should select a mediator by August 11, 2009; and it is further

ORDERED that the Parties can extend the Mediation deadlines in this Order by stipulation without further need for notice and/or a hearing; and it is further

ORDERED that the hearing on the Motion shall be continued to September 21, 2009 at 2:30 pm.; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

Dated: Wilmington, Delaware
August 6, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

1562090 v2/NY
PAC - 927754v.1  08/05/2009 4:50 pm