UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PACIFIC ETHANOL HOLDING CO. LLC, | Chapter 11<br>Case No. 09-11713 (KG)<br>Jointly Administered |
| Debtor(s). | |
| PACIFIC ETHANOL HOLDING CO. LLC,<br>PACIFIC ETHANOL MADERA LLC,<br>PACIFIC ETHANOL COLUMBIA, LLC,<br>PACIFIC ETHANOL STOCKTON LLC, and<br>PACIFIC ETHANOL MAGIC VALLEY, LLC | Adv. Pro. No. 09-51451-KG |
| Plaintiffs, | |
| -against- | |
| Delta-T Corporation, | |
| Defendant. | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated August 6, 2009, the undersigned mediator reports that the mediation was completed on September 10, 2009 and resolved in the following manner (*complete applicable provisions*):

(a) The following individuals were present:
(1) Parties (name and capacity) -
John Miller, Chief Operating Officer of each Debtor
Christopher W. Wright, Esq. VP and General Counsel of each Debtor
Dave Hughes, VP-Projects of Delta-T Corporation
John Hopkins General Counsel of Delta-T Corporation

(2) Counsel (name and party representing) -
Richard Kanowitz of Cooley Godward Kronish representing the Debtors
Jerrell Williams of Vandeventer Black representing Delta-T Corporation
John Hutchinson of Sidley Austin and Bob Brady of Young Conaway representing the prepetition lenders
Edward Fox of KL Gates representing the Creditors' Committee

(b) The following parties failed to appear and/or participate as ordered:
N/A

6506217.1

(c) The outcome of the mediation conference was:

    ____ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

    _X_ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

    ____ The following issues remain for this court to resolve:

    ____ The matter has not been resolved and should proceed to trial.

OTHER:

Dated: September 15, 2009

_____
Signature of Mediator

Name of Mediator: James Gadsden
Mailing Address: 2 Wall Street
City, State, Zip Code  New York, NY 10005
Phone No. 212-238-8607
cc: Counsel of Record
Pro Se Parties

(9-24-04)